**JUDGE BAER**

# 07 CV 3118

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X    Civil Action No. _____

ELIZABETH KNIGHT-MOSS,

                         Plaintiff,

       -against-

CAESARS ENTERTAINMENT, INC.,
HILTON HOTELS CORPORATION d/b/a
LAS VEGAS HILTON and REGIS
CORPORATION,

                    Defendants.

-------------------------------------------------------X

**DISCLOSURE OF INTERESTED
PARTIES PURSUANT TO RULE 7.1**



        Pursuant to Rule 7.1, Federal Rules of Civil Procedure, Defendant REGIS

CORPORATION ("Regis Corp."), through undersigned counsel, hereby certifies that it has

no parent corporation.  Regis Corp. further certifies that no publicly held corporation owns

10% or more of its stock.

Dated: New York, New York
       April 18, 2007

                Yours, etc.

                SEDGWICK, DETERT, MORAN & ARNOLD LLP

                By: _____
                  Scott L. Haworth (SH 5890)
                  Attorneys for Defendant Regis Corporation
                  125 Broad Street - 39th Floor
                  New York, New York 10004-2400
                  Ph: (212) 422-0202

TO:   James J. Brady, Esq.
       Law Offices of James J. Brady
       Attorney for Plaintiff
       333 Glen Head Road, Suite 260
       Old Brookville, New York 11545
       Ph: (516) 674-8686