# SEDGWICK
DETERT, MORAN & ARNOLD LLP

125 Broad Street, 39th Floor
New York, New York 10004-2400
Tel: 212.422.0202  Fax: 212.422.0925

www.sdma.com

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/25/07

RECEIVED
20 2007
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y

May 18, 2007

**BY HAND**

Honorable Harold Baer, Jr.
United States District Court
500 Pearl Street
Chambers 2230, Courtroom 23B
New York, New York 10007

Re:   *Elizabeth Knight-Moss v. Caesars Entertainment, Inc., et al.*
      Civil Action No.: 07 CV 3118 (HB)
      Our File No.: 3057-126851

Dear Judge Baer:

This firm represents defendant Regis Corporation in the above-captioned matter. On April 19, 2007, we filed a Motion to Dismiss Verified Complaint and Incorporated Memorandum of Law on the ground that the plaintiff's case was barred by the applicable statute of limitations. Under Local Civil Rule 6.1, the plaintiff was required to serve any opposing affidavits and answering memoranda within ten business days after service of the moving papers. Despite the foregoing, the plaintiff failed to timely respond to our Motion to Dismiss; indeed, to date, we have yet to receive any opposition, whether oral or written, from the plaintiff.

The undersigned is aware of your Individual Practice requirement that all motions be fully briefed before a courtesy copy is submitted for your review. However, given that the time for the plaintiff to respond to our Motion has expired, we have attached a courtesy copy of our Motion – the only papers filed and served – and ask that you dismiss this case with prejudice as argued in the Motion.

Respectfully submitted,

*[signature]*

Scott L. Haworth
Sedgwick, Detert, Moran & Arnold LLP

Returned to chambers for scanning on 5/3/07
Enclosure
Scanned by chambers on _____.

*[Handwritten note from Judge Baer:]* I understand we have a PTC scheduled for 6/15/07. I will until then until Dufur or anyone on my M&L team to explain why no response or anything with a default judgment.

SO ORDERED
Harold Baer, Jr., U.S.D.J.
5/24/07

New York • London • San Francisco • Zurich • Los Angeles • Paris • Newark • Orange County • Chicago • Dallas
NY/501139v1

Re: Elizabeth Knight-Moss v. Caesars Entertainment, Inc., et al.
May 18, 2007
Page 2

Case 1:07-cv-03118-HB    Document 4    Filed 05/25/2007    Page 2 of 3

cc:   James J. Brady, Esq.
      Law Offices of James J. Brady
      Attorneys for Plaintiff
      333 Glen Head Road, Suite 260
      Old Brookville, New York 11545
      (Via regular mail w/out enclosure)

NY/501139v1

Endorsement:

    I understand we have a PTC scheduled for June 14 I'll give defendant until then to answer or move and you will so alert the defendant who may only appear by counsel and if there is no response I will enter a default and you will move for a default judgment.