DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/07

U.S. DISTRICT COURT FILED
JUN 15 2007
S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
ELIZABETH KNIGHT-MOSS,

    Plaintiff,

  -against-

CAESARS ENTERTAINMENT, INC., HILTON
HOTELS CORPORATION d/b/a LAS VEGAS
HILTON and REGIS CORPORATION,

    Defendants.
-----------------------------------------X

Civil Action No. 07 CV 3118 (HB)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that Plaintiff's Verified Complaint as to Defendant REGIS CORPORATION in the above-captioned action is dismissed with prejudice and without costs.

| | |
|---|---|
| LAW OFFICES OF JAMES J. BRADY<br>333 Glen Head Road, Suite 260<br>Old Brookville, New York 11545<br>(516) 674-8686<br>Attorney for Plaintiff<br>ELIZABETH KNIGHT-MOSS | SEDGWICK, DETERT, MORAN &<br>ARNOLD, LLP<br>125 Broad Street, 39th Floor<br>New York, New York<br>(212) 422-0202<br>Attorneys for Defendant<br>REGIS CORPORATION |
| _/s/ James J. Brady_<br>James J. Brady (JB _____) | _/s/ Scott L. Haworth_<br>Scott L. Haworth (SH 5890) |
| Dated: 6/13/07 | Dated: 6/14/07 |

SO ORDERED:
_/s/ Harold Baer, Jr._
Harold Baer, Jr., U.S.D.J.
Date: 6/14/07

NY/502844v1

Returned to chambers for scanning on 6/18/07
Scanned by chambers on